UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| -against- | 88 Cr. 642 (LAP) |
| ALBERT RODRIGUEZ, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Rodriguez's motion for compassionate release (dkt. no. 265). The Government shall file any opposition no later than August 4, 2021. Mr. Rodriguez shall file any reply no later than August 18, 2021.

Defendant's motion for the appointment of counsel is denied on the ground that the motion is straightforward and he has articulated the conditions that he relies upon to request compassionate release.

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1