```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  -against-<br><br>ALBERT RODRIGUEZ,<br><br>                    Defendant. | No. 88 CR 642 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Rodriguez filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c) on March 24, 2021.  (Dkt. no. 265.)  The Government submitted a response on August 4, 2021, which it sent to Mr. Rodriguez at his address at FCI Butner.  (See dkt. no. 268.)  Although the Court gave Mr. Rodriguez until August 18, 2021 to file any reply (dkt. no. 267), no reply was received.

    On March 30, 2022, Mr. Rodriguez wrote to the Court indicating that he had not "received any receipt acknowledgment back from the courts" since filing his motion for compassionate release.  (Dkt. no. 273.)

    To confirm to Mr. Rodriguez that the Court has received his motion and to ensure that Mr. Rodriguez has received a copy of the Government's response, the Clerk of the Court shall mail a copy of this order and the Government's response (dkt no. 268) to Mr. Rodriguez at his last known address:

```
Alberto Rodriguez # 18224-054
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509
```

Mr. Rodriguez shall file any reply responding to the Government's submission no later than April 22, 2022.

**SO ORDERED.**

Dated:   April 1, 2022
         New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge