UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ALBERT RODRIGUEZ,<br><br>                Defendants. | 88-CR-642 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The C.J.A. attorney assigned to receive cases on this day, May 21, 2025 is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC May 21, 2025 for the limited purpose of filing a motion for compassion release.  The Clerk of the Court is directed to close dkt. no. 308.

**SO ORDERED.**

Dated:   New York, New York
          May 27, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge