**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 20, 2025

Writer's Direct Contact
+1 (212) 336-4045
HHan@mofo.com

Via ECF

The Honorable Loretta A. Preska
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:   United States v Albert Rodriguez: 1:88-cr-00642-LAP-2

Dear Judge Preska:

I am one of the attorneys for Albert Rodriguez in the above referenced case associated with the firm of Morrison & Foerster LLP. I write to respectfully request the court endorse its permission for me to withdraw as counsel.

Albert Rodriguez will continue to be represented by other attorneys of Morrison Foerster LLP who have previously appeared in this action. The withdrawal will not cause or result in any delay or prejudice, and I am not asserting a retaining or charging lien.

Wherefore, I respectfully request that my withdrawal as counsel for Albert Rodriguez be granted and the clerk be directed to remove me from the CMECF service list.

Sincerely,

Heather Han

The request for Heather Han to withdraw as counsel is granted. The Clerk of the Court shall close dkt. no. 313. **SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska
United States District Judge

June 23, 2025
New York, New York